**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
AARON ABADI,

                Plaintiff,

     -against-                                       23 **CIVIL** 7645 (JLR)

                                                   **JUDGMENT**

GREYHOUND LINES, INC.,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 18, 2024, Defendant's motion to dismiss

is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      December 18, 2024

                                     **TAMMI M. HELLWIG**

                                       _____

                                          **Clerk of Court**

                     **BY:**          K. mango

                                         _____

                                        **Deputy Clerk**